UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Patricia L. Turner v. Bayer Corporation, et al.* No. 10-cv-13477-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on June 18, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

>                                     JUSTINE FLANAGAN,
>                                     ACTING CLERK OF COURT
>                                     BY:   /s/*Caitlin Fischer*
>                                             Deputy Clerk

**Dated:**  June 20, 2014

Digitally signed by David R. Herndon
Date: 2014.06.20 17:17:38 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**